UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARIMAN NAGHIBOLASHRAFI, et al.,<br>Plaintiffs,<br>v.<br>MICHAEL R. POMPEO, et al.,<br>Defendants. | Case No. 19-cv-06602-NC<br><br>**JUDGMENT** |

In accordance with the Court's March 18, 2020, order granting Defendants Michael R. Pompeo, the United States Department of State, Christopher A. Wray, and the Federal Bureau of Investigation's motion to dismiss, judgment is entered in favor of Defendants as to all claims in plaintiffs Nariman Naghibolashrafi and Bahareh Hosseini's complaint. The Clerk is directed to close Case No. 19-cv-06602-NC.

**IT IS SO ORDERED.**

Dated: March 18, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge